U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAY 01 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALAN D. MOCHERMAN                     CIVIL ACTION
        Appellant                     NO. 07-1027

VERSUS

MICHAEL J. ASTRUE                     JUDGE DEE D. DRELL
COMMISSIONER OF SOCIAL SECURITY       MAGISTRATE JUDGE JAMES D. KIRK
        Appellee

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Mocherman's appeal is DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of May, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE